JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J&J REALTY HOLDINGS,** | Case No. CV 18-2487-DMG (Ex) |
| Plaintiff, | |
| v. | |
| **GREAT AMERICAN E&S INSURANCE COMPANY,** | JUDGMENT |
| Defendants. | |

The Court having granted Defendant Great American E&S Insurance Company's Motion for Summary Judgment by Order dated September 6, 2019 [Doc. # 52],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff J&J Realty Holdings.

DATED: September 6, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-